EXHIBIT A

| | ARTIST | TITLE | URL | REGISTRATION NUMBER |
|---|---|---|---|---|
| 1 | Justin Timberlake | Suit & Tie | https://play.napster.com/track/tra.92136847?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000714855 |
| 2 | Justin Timberlake | Mirrors | https://play.napster.com/track/tra.92136854?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000723769 |
| 3 | Britney Spears | Ooh La La | https://play.napster.com/album/alb.113550549?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000726466 |
| 4 | Miley Cyrus | We Can't Stop | https://play.napster.com/track/tra.125200863?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000726503 |
| 5 | Justin Timberlake | TKO (radio edit) | https://play.napster.com/track/tra.125959412?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000731808 |
| 6 | Miley Cyrus | Wrecking Ball | https://play.napster.com/track/tra.125200867?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000735241 |
| 7 | Future | Sh!t | https://play.napster.com/track/tra.143530007?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000762575 |
| 8 | Future | Blow A Bag | https://play.napster.com/track/tra.192544228?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000769847 |
| 9 | Future | Real Sisters | https://play.napster.com/track/tra.192544234?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000769855 |
| 10 | Travis Scott | Antidote | https://play.napster.com/track/tra.198942806?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000770031 |
| 11 | Meghan Trainor | No | https://play.napster.com/track/tra.261359402?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000775410 |
| 12 | Meghan Trainor | Watch Me Do | https://play.napster.com/track/tra.261359400?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000775411 |
| 13 | Meghan Trainor and LunchMoney Lewis | I Love Me | https://play.napster.com/track/tra.261359405?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000775414 |
| 14 | Meghan Trainor featuring Yo Gotti | Better | https://play.napster.com/track/tra.261359403?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000775415 |
| 15 | A$AP Ferg | Doe-Active | https://play.napster.com/album/alb.168033510?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000782106 |
| 16 | Britney Spears feat. G-Eazy | Make Me… | https://play.napster.com/track/tra.537327698?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000788692 |
| 17 | Kane Brown | Thunder In The Rain | https://play.napster.com/track/tra.277316026?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000789958 |
| 18 | Kane Brown | Ain't No Stopping Us Now | https://play.napster.com/track/tra.277316035?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000789959 |
| 19 | Khalid | Coaster | https://play.napster.com/track/tra.246692023?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000791445 |
| 20 | Khalid | Saved | https://play.napster.com/track/tra.248977522?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000791446 |
| 21 | Khalid | Shot Down | https://play.napster.com/track/tra.251019080?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000791447 |
| 22 | Khalid | Reasons | https://play.napster.com/track/tra.245449688?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000791482 |
| 23 | Usher feat. Future | Rivals | https://play.napster.com/track/tra.344659629?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000797477 |
| 24 | Kane Brown | Learning | https://play.napster.com/track/tra.277316022?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000798401 |
| 25 | Kane Brown | Hometown | https://play.napster.com/track/tra.277316017?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000799645 |
| 26 | Miley Cyrus | Malibu | https://play.napster.com/track/tra.276465416?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000803179 |
| 27 | Khalid | American Teen | https://play.napster.com/track/tra.252583152?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000804284 |
| 28 | Bob Dylan | My One and Only Love | https://play.napster.com/album/alb.252320940?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000804893 |
| 29 | Bob Dylan | Stardust | https://play.napster.com/album/alb.254354809?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000804911 |
| 30 | Justin Timberlake | Filthy | https://play.napster.com/track/tra.295458357?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000809699 |
| 31 | Justin Timberlake | Supplies | https://play.napster.com/track/tra.296920792?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000810094 |
| 32 | Doja Cat | Go To Town | https://play.napster.com/album/alb.302825272?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000813252 |
| 33 | Kane Brown | Heaven | https://play.napster.com/track/tra.277316055?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000813638 |
| 34 | Kane Brown | What's Mine Is Yours | https://play.napster.com/track/tra.277316052?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000813656 |
| 35 | Kane Brown | Found You | https://play.napster.com/track/tra.277316053?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000813660 |
| 36 | Meghan Trainor | No Excuses | https://play.napster.com/track/tra.301854753?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000815090 |
| 37 | Tyler, The Creator | OKRA | https://play.napster.com/album/alb.306556326?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000815338 |
| 38 | Yung Bleu | Ice On My Baby | https://play.napster.com/album/alb.308706698?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000815790 |
| 39 | Khalid feat Ty Dolla $ign & 6lack | OTW | https://play.napster.com/track/tra.309528481?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000816701 |
| 40 | Kane Brown | Heaven (Acoustic) | https://play.napster.com/track/tra.307756964?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000821044 |

EXHIBIT A

| | ARTIST | TITLE | URL | REGISTRATION NUMBER |
|---|---|---|---|---|
| 41 | Meghan Trainor | Can't Dance | https://play.napster.com/track/tra.312487767?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000822124 |
| 42 | Meghan Trainor | Let You Be Right | https://play.napster.com/track/tra.312487772?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000822143 |
| 43 | Doja Cat | MOOO! | https://play.napster.com/album/alb.326675930?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000823846 |
| 44 | Kane Brown | Lose It | https://play.napster.com/track/tra.417145304?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000823984 |
| 45 | Justin Timberlake | SoulMate | https://play.napster.com/track/tra.319632160?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000824456 |
| 46 | Future feat. PARTYNEXTDOOR | No Shame | https://play.napster.com/track/tra.317126747?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000826018 |
| 47 | Future feat. Yung Bans | Bag | https://play.napster.com/track/tra.317126762?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000826023 |
| 48 | The Chainsmokers feat. Emily Warren | Side Effects | https://play.napster.com/track/tra.340681087?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000826427 |
| 49 | Kane Brown | Weekend | https://play.napster.com/track/tra.323299737?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000828026 |
| 50 | Kane Brown | Lose It (Acoustic) | https://play.napster.com/track/tra.323299739?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000828027 |
| 51 | Kane Brown | Homesick | https://play.napster.com/track/tra.417145314?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000828827 |
| 52 | Luke Combs | Beautiful Crazy | https://play.napster.com/track/tra.314832319?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000830381 |
| 53 | Kane Brown feat Becky G | Lost in the Middle of Nowhere | https://play.napster.com/track/tra.417145330?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000835524 |
| 54 | Future | Crushed Up | https://play.napster.com/track/tra.347160433?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000835819 |
| 55 | Future | Jumpin On A Jet | https://play.napster.com/track/tra.347160430?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000835871 |
| 56 | Kane Brown | Short Skirt Weather | https://play.napster.com/track/tra.417145309?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000837768 |
| 57 | Kane Brown | Good As You | https://play.napster.com/track/tra.417145300?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000837770 |
| 58 | Doja Cat feat Rico Nasty | Tia Tamera | https://play.napster.com/album/alb.350275778?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000839740 |
| 59 | Kane Brown | Good As You (Live) | https://play.napster.com/track/tra.357194893?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000842456 |
| 60 | Luke Combs | Beautiful Crazy (Acoustic) | https://play.napster.com/track/tra.352494316?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000842558 |
| 61 | Tate McRae | Kids Are Alright | https://play.napster.com/album/alb.362589351?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000843784 |
| 62 | Kane Brown feat Becky G | Lost in the Middle of Nowhere (Spanish Remix) | https://play.napster.com/track/tra.362519274?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000843816 |
| 63 | Lil Nas X | Old Town Road | https://play.napster.com/track/tra.385753994?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000844047 |
| 64 | Becky G | Green Light Go | https://play.napster.com/track/tra.360662985?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000844863 |
| 65 | P!nk | Walk Me Home | https://play.napster.com/track/tra.354335388?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000845122 |
| 66 | Luke Combs | Beer Never Broke My Heart | https://play.napster.com/track/tra.469866488?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000846471 |
| 67 | P!nk | Hustle | https://play.napster.com/track/tra.364089144?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000848412 |
| 68 | P!nk feat. Khalid | Hurts 2B Human | https://play.napster.com/track/tra.370204365?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000848414 |
| 69 | Khalid | Self | https://play.napster.com/track/tra.361843790?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000849617 |
| 70 | Khalid | My Bad | https://play.napster.com/track/tra.358646145?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000849618 |
| 71 | Khalid | Talk | https://play.napster.com/track/tra.350618093?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000849620 |
| 72 | Miley Cyrus | Slide Away | https://play.napster.com/track/tra.775879942?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000856064 |
| 73 | Becky G | Secrets | <iframe width="355" height="440" src="https://web.napster.com/embedded-player/index.html?ocode=social_user&pcode=social_user&cpath=Embed&rsrc=album#/albums/alb.405933191"></iframe> | SR0000858714 |
| 74 | Travis Scott | Highest In The Room | https://play.napster.com/album/alb.411408491?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000858760 |
| 75 | Doja Cat | Rules | https://play.napster.com/album/alb.416363058?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000860543 |
| 76 | ROSALIA | A Pale | https://play.napster.com/track/tra.420670934?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000861986 |
| 77 | Harry Styles | Lights Up | https://play.napster.com/album/alb.414094335?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000861989 |
| 78 | Harry Styles | Watermelon Sugar | https://play.napster.com/track/tra.428594893?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000861992 |
| 79 | Maren Morris & Hozier | The Bones (ft. Hozier) | https://play.napster.com/track/tra.410721183?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000861994 |
| 80 | Khalid | Up All Night | https://play.napster.com/track/tra.421888949?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000862323 |

| | ARTIST | TITLE | URL | REGISTRATION NUMBER |
|---|---|---|---|---|
| 81 | H.E.R. | Christmas Time Is Here (Amazon Original) | https://play.napster.com/track/tra.793183228?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000862530 |
| 82 | Tate McRae | all my friends are fake | https://play.napster.com/track/tra.414020373?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000862531 |
| 83 | Meghan Trainor | Genetics | https://play.napster.com/track/tra.406145589?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000862645 |
| 84 | Meghan Trainor feat. Lennon Stella & Sasha Sloan | Workin' On It | https://play.napster.com/track/tra.491505566?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000862651 |
| 85 | Normani & 21 Savage | Motivation (Savage Remix) | https://play.napster.com/track/tra.417410795?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000862924 |
| 86 | Tate McRae | stupid | https://play.napster.com/album/alb.426387141?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000863152 |
| 87 | Meghan Trainor | Evil Twin | https://play.napster.com/track/tra.491505572?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000863400 |
| 88 | Future feat. Drake | Life Is Good | https://play.napster.com/track/tra.434528459?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000865316 |
| 89 | Khalid | Eleven | https://play.napster.com/track/tra.434691302?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000865778 |
| 90 | Meghan Trainor | Blink | https://play.napster.com/track/tra.491505570?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000865991 |
| 91 | G-Eazy | Free Porn Cheap Drugs | https://play.napster.com/track/tra.477293222?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000875941 |
| 92 | Becky G | They Ain't Ready | https://play.napster.com/album/alb.464485958?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000877139 |
| 93 | Kane Brown, Swae Lee, Khalid | Be Like That | https://play.napster.com/track/tra.488789367?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000881519 |
| 94 | Becky G | My Man | https://play.napster.com/track/tra.489599937?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000881672 |
| 95 | A$AP Ferg (feat Nicki Minaj & MadeinTYO) | Move Ya Hips | https://play.napster.com/album/alb.496917143?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000881802 |
| 96 | Harry Styles | Adore You | https://play.napster.com/track/tra.428594894?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000883188 |
| 97 | GIVEON | Untitled (Hoe Does It Feel) | https://play.napster.com/track/tra.761490326?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000884106 |
| 98 | Miley Cyrus | Midnight Sky | https://play.napster.com/track/tra.532913470?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000885639 |
| 99 | Alicia Keys feat Khalid | So Done | https://play.napster.com/track/tra.540131553?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000885648 |
| 100 | G-Eazy feat Mulatto | Down | https://play.napster.com/track/tra.508227137?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000886182 |
| 101 | Kane Brown | Cool Again (Stripped) | https://play.napster.com/track/tra.508814537?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000886429 |
| 102 | Tate McRae | don't be sad | https://play.napster.com/track/tra.503862609?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000886632 |
| 103 | Travis Scott feat. Future, Young Thug & M.I.A. | FRANCHISE | https://play.napster.com/album/alb.514509743?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000887278 |
| 104 | Lil Nas X | Holiday | https://play.napster.com/track/tra.529247339?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000889737 |
| 105 | Tate McRae | r u ok | https://play.napster.com/album/alb.536533053?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000892868 |
| 106 | Jasmine Sullivan feat H.E.R. | Girl Like Me | https://play.napster.com/track/tra.548682980?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000893327 |
| 107 | Tate McRae | rubberband | https://play.napster.com/album/alb.552038550?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000897312 |
| 108 | P!nk + Willow Sage Hart | Cover Me In Sunshine | https://play.napster.com/track/tra.558919921?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000898008 |
| 109 | Tate McRae | slower | https://play.napster.com/album/alb.562782432?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000898022 |
| 110 | G-Eazy | A Little More | https://play.napster.com/track/tra.559582148?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000899082 |
| 111 | Lil Nas X | MONTERO (Call ME By Your Name) | https://play.napster.com/track/tra.568562359?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000899527 |
| 112 | GIVEON | Like I Want You | https://play.napster.com/album/alb.423268662?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000900736 |
| 113 | Doja Cat ft. SZA | Kiss Me More | https://play.napster.com/track/tra.593208288?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000900845 |
| 114 | H.E.R. | Change | https://play.napster.com/track/tra.587312337?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000905860 |
| 115 | H.E.R. | We Made It | https://play.napster.com/track/tra.588915341?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000905867 |
| 116 | Doja Cat | Need To Know | https://play.napster.com/track/tra.593208009?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000905874 |
| 117 | Tate McRae | Darkest Hour | https://play.napster.com/track/tra.585367020?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000905875 |
| 118 | H.E.R. | My Own | https://play.napster.com/track/tra.590649809?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000905904 |
| 119 | Doja Cat feat. The Weeknd | You Right | https://play.napster.com/track/tra.593208201?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000907235 |
| 120 | Lil Nas X feat. Jack Harlow | INDUSTRY BABY | https://play.napster.com/track/tra.599263715?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000909058 |

EXHIBIT A

| | ARTIST | TITLE | URL | REGISTRATION NUMBER |
|---|---|---|---|---|
| 121 | The Kid LAROI & Justin Bieber | STAY | https://play.napster.com/album/alb.595507907?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000909791 |
| 122 | GlVEON | For Tonight | https://play.napster.com/album/alb.612916909?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000913846 |
| 123 | Latto | Soufside | https://play.napster.com/track/tra.621869848?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000921921 |
| 124 | ALTEGO x Britney Spears x Ginuwine | Toxic Pony | https://play.napster.com/track/tra.640709050?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000925555 |
| 125 | Becky G & KAROL G | MAMIII | https://play.napster.com/album/alb.645321170?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000926919 |
| 126 | Doja Cat | Celebrity Skin | https://play.napster.com/album/alb.645565496?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000926921 |
| 127 | ROSALÍA | SAOKO | https://play.napster.com/track/tra.653498523?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000927300 |
| 128 | Dove Cameron | Boyfriend | https://play.napster.com/album/alb.645318818?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000928676 |
| 129 | Latto x Mariah Carey feat DJ Khaled | Big Energy (Remix) | https://play.napster.com/track/tra.657654509?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000933662 |
| 130 | Khalid | Last Call | https://play.napster.com/track/tra.648968071?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000933702 |
| 131 | 2FeetBino feat Latto | Naked | https://play.napster.com/album/alb.666807017?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000937880 |
| 132 | GIVEON | Lie Again | https://play.napster.com/album/alb.662332282?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000939705 |
| 133 | Dove Cameron | Breakfast | https://play.napster.com/album/alb.676846452?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000940314 |
| 134 | Latto | Big Energy | https://play.napster.com/track/tra.611517836?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000940580 |
| 135 | ROSALÍA | DESPECHÁ | https://play.napster.com/track/tra.686515451?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941464 |
| 136 | Kina ft. Galvanic & Silent Child | 6 ft deep | https://play.napster.com/track/tra.680397662?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941653 |
| 137 | India Shawn | EXCHANGE | https://play.napster.com/track/tra.670536246?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941666 |
| 138 | Swavy | Old Ways | https://play.napster.com/track/tra.684010284?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941684 |
| 139 | Lil 1 DTE | Demons | https://play.napster.com/track/tra.681238230?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941701 |
| 140 | Southside ft. Lil Durk | Save Me | https://play.napster.com/track/tra.684459083?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941726 |
| 141 | Avril Lavigne | Make Up | https://play.napster.com/track/tra.671936907?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941747 |
| 142 | Avril Lavigne | Breakaway | https://play.napster.com/track/tra.671936895?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941772 |
| 143 | Meghan Trainor fear. Teddy Swims | Bad For Me | https://play.napster.com/track/tra.676797220?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000941779 |
| 144 | Meghan Trainor | Don't I Make It Look Easy | https://play.napster.com/track/tra.697416080?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000947158 |
| 145 | Tate McRae | uh oh | https://play.napster.com/album/alb.702709417?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000948682 |
| 146 | Luke Combs | Love You Anyway | https://play.napster.com/track/tra.742332740?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000960731 |
| 147 | P!nk | TRUSTFALL | https://play.napster.com/track/tra.738037077?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000964097 |
| 148 | Latto | Put It On The Floor | https://play.napster.com/track/tra.765513138?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000966843 |
| 149 | ROSALIA & Rauw Alejandro | PROMESA | https://play.napster.com/track/tra.756076777?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000967083 |
| 150 | ROSALIA & Rauw Alejandro | BESO | https://play.napster.com/track/tra.756075898?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000967091 |
| 151 | Kane Brown | Bury Me In Georgia (Single Edit) | https://play.napster.com/track/tra.757657027?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000967114 |
| 152 | Hozier | Francesca | https://play.napster.com/album/alb.772767205?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000970361 |
| 153 | H.E.R. | The Journey | https://play.napster.com/track/tra.770213346?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000970855 |
| 154 | Latto feat Cardi B | Put It On The Floor Again (Continued) | https://play.napster.com/track/tra.778829037?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000972721 |
| 155 | Miley Cyrus | Used To Be Young | https://play.napster.com/track/tra.786482162?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000973017 |
| 156 | ROSALIA | TUYA | https://play.napster.com/track/tra.778738949?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000973025 |
| 157 | Madison Beer | Home To Another One | https://play.napster.com/track/tra.776740420?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000973872 |
| 158 | Madison Beer | Home To Another One (Acoustic) | https://play.napster.com/track/tra.782021987?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000974893 |
| 159 | Doja Cat | Attention | https://play.napster.com/album/alb.8745011686584606673?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000975331 |
| 160 | 347aidan | SUNDAY | https://play.napster.com/track/tra.782695060?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000976914 |

| | ARTIST | TITLE | URL | REGISTRATION NUMBER |
|---|---|---|---|---|
| 161 | G-Eazy | Nostalgia Cycle | https://play.napster.com/track/tra.484836841?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000977353 |
| 162 | Travis Scot, Bad Bunny & The Weeknd | K-POP | https://play.napster.com/album/alb.4701689863600686?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000977463 |
| 163 | Beyonce & Travis Scott | DELRESTRO (ECHOES) | https://play.napster.com/album/alb.8061690508323171?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000978955 |
| 164 | Tyla | Water | https://play.napster.com/album/alb.7521690247109228?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000979749 |
| 165 | Doja Cat | Paint The Town Red | https://play.napster.com/album/alb.8581690561451417?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000980021 |
| 166 | Doja Cat | Demons | https://play.napster.com/album/alb.3321693269138544?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000980066 |
| 167 | Latto feat. Eric B. & Rakim | Technique (Sprite Limelight) | https://play.napster.com/track/tra.785812741?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000980330 |
| 168 | Doja Cat | Balut | https://play.napster.com/album/alb.4081694556621650?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000980341 |
| 169 | Yung Nudy feat Latto & Sexyy Red | Peaches & Eggplants | https://play.napster.com/album/alb.1071693518080483?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000980345 |
| 170 | Kane Brown & Katelyn Brown | Thank God (Live from Fenway) | https://play.napster.com/track/tra.785582365?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000980436 |
| 171 | 347aidan | candyflips! | https://play.napster.com/track/tra.787157330?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000981352 |
| 172 | 347aidan | sinkhole | https://play.napster.com/track/tra.787157322?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000981427 |
| 173 | 347aidan | noname | https://play.napster.com/track/tra.787157334?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000981444 |
| 174 | Tate McRae | greedy | https://play.napster.com/album/alb.3391694114289921?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000981602 |
| 175 | SZA feat. Justin Bieber | Snooze (Acoustic) | https://play.napster.com/track/tra.788291455?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000983951 |
| 176 | Becky G | Querido Abuelo | https://play.napster.com/track/tra.787731709?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000984825 |
| 177 | Tate McRae | exes | https://play.napster.com/album/alb.5811699648185453?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000987630 |
| 178 | Billy Joel | Turn The Lights Back On | https://play.napster.com/album/alb.3081706631112566?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000990000 |
| 179 | Justin Timberlake | Selfish | https://play.napster.com/track/tra.798738761?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000990001 |
| 180 | Beyonce | My House | https://play.napster.com/album/alb.3961701390844668?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000992482 |
| 181 | Beyonce | 16 Carriages | https://play.napster.com/album/alb.7991707704462482?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0000994633 |
| 182 | Kane Brown | I Can Feel It | https://play.napster.com/track/tra.788543497?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000994965 |
| 183 | SZA | Saturn | https://play.napster.com/track/tra.800869133?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000996316 |
| 184 | Madison Beer | Make You Mine | https://play.napster.com/track/tra.799912600?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000996337 |
| 185 | Lil Nas X | J Christ | https://play.napster.com/track/tra.797521480?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000996890 |
| 186 | Latto | Sunday Service | https://play.napster.com/track/tra.808159740?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000998275 |
| 187 | Pharrell Williams & Miley Cyrus | Doctor (Work It Out) | https://play.napster.com/track/tra.801170615?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000999018 |
| 188 | SZA | Saturn (Live) | https://play.napster.com/track/tra.800869120?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0000999589 |
| 189 | Justin Timberlake | Drown | https://play.napster.com/track/tra.800589806?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001001031 |
| 190 | Meghan Trainor & T-Pain | Been Like This | https://play.napster.com/track/tra.802074580?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001003711 |
| 191 | Doja Cat | OKLOSER | https://play.napster.com/track/tra.804253798?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001003862 |
| 192 | Doja Cat feat. Teezo Touchdown | MASC | https://play.napster.com/track/tra.806767094?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001003884 |
| 193 | Khalid | Please Don't Fall In Love With Me | https://play.napster.com/track/tra.804152262?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001003894 |
| 194 | G-Eazy feat Coi Leray & Kaliii | Femme Fatale | https://play.napster.com/track/tra.803622593?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001003896 |
| 195 | Beyonce | Texas Hold'em (Pony Up) Remix | https://play.napster.com/album/alb.3761712201005799?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001004596 |
| 196 | Meghan Trainor feat. Niecy Nash | I Wanna Thank Me | https://play.napster.com/track/tra.807207649?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001007519 |
| 197 | Meghan Trainor | To The Moon | https://play.napster.com/track/tra.805998643?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001007537 |
| 198 | G-Eazy | Love You Forever | https://play.napster.com/track/tra.806487766?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001007929 |
| 199 | 347aidan | COVER MAN | https://play.napster.com/track/tra.809115130?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001009273 |
| 200 | G-Eazy | Anxiety | https://play.napster.com/track/tra.807786528?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001009552 |

EXHIBIT A

| | ARTIST | TITLE | URL | REGISTRATION NUMBER |
|---|---|---|---|---|
| 201 | Khalid | Adore U | https://play.napster.com/track/tra.808070047?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001010711 |
| 202 | Latto | Big Mama | https://play.napster.com/track/tra.808980314?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001012077 |
| 203 | Madison Beer | 15 MINUTES | https://play.napster.com/track/tra.810222230?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001012525 |
| 204 | Hozier | July | https://play.napster.com/track/tra.811540879?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001013642 |
| 205 | Hozier | That You Are | https://play.napster.com/track/tra.811540885?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001013667 |
| 206 | Hozier | Nobody's Soldier | https://play.napster.com/track/tra.811540881?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001013683 |
| 207 | Khalid | Ground | https://play.napster.com/track/tra.810220788?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001013703 |
| 208 | LISA feat. ROSALIA | New Woman | https://play.napster.com/track/tra.811609740?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001015219 |
| 209 | Becky G | Por El Contrario | https://play.napster.com/track/tra.810971508?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001015223 |
| 210 | 347aidan | METHOD ACTING | https://play.napster.com/track/tra.811888971?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001015611 |
| 211 | Becky G | Como Diablos | https://play.napster.com/track/tra.811344033?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001015630 |
| 212 | Khalid | Heatstroke | https://play.napster.com/track/tra.810496729?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001016251 |
| 213 | Latto feat. Mariah The Scientist | Look What You Did | https://play.napster.com/track/tra.811289884?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001016469 |
| 214 | Latto feat. Coco Jones | Ear Candy | https://play.napster.com/track/tra.811289895?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001016470 |
| 215 | Tate McRae | It's Ok I'm Ok | https://play.napster.com/album/alb.2691725556710504?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001019008 |
| 216 | A$AP Ferg | Romello | https://play.napster.com/album/alb.3071725465222217?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001019080 |
| 217 | A$AP Ferg (feat. Voice Of Harlem) | Off White Rozay | https://play.napster.com/album/alb.6171725395485478?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001019081 |
| 218 | ROSALIA feat Ralphie Choo | Omega | https://play.napster.com/track/tra.813632912?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001019205 |
| 219 | Kane Brown | Backseat Driver | https://play.napster.com/track/tra.814442438?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001021462 |
| 220 | A$AP Ferg | Thought I Was Dead | https://play.napster.com/album/alb.7821728410531513?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001023103 |
| 221 | Tyler, The Creator | Noid | https://play.napster.com/album/alb.6731729521723901?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001023374 |
| 222 | Tate McRae | 2 Hands | https://play.napster.com/track/tra.816012587?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001026173 |
| 223 | Lil Nas X | LIGHT AGAIN! | https://play.napster.com/track/tra.816015147?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001026188 |
| 224 | 347aidan | EVERYTIME | https://play.napster.com/track/tra.816013039?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001026196 |
| 225 | G-Eazy | Nada | https://play.napster.com/track/tra.816302480?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001026347 |
| 226 | G-Eazy & Bahari | Vampires | https://play.napster.com/track/tra.816302394?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001026353 |
| 227 | Certified Trapper | PTSD | https://play.napster.com/album/alb.8381736467084830?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001032724 |
| 228 | Certified Trapper | Loose Screw | https://play.napster.com/album/alb.6751736456720473?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001032753 |
| 229 | Certified Trapper | Weekend | https://play.napster.com/album/alb.5611738859433499?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001033923 |
| 230 | Certified Trapper | Glitch da Belt | https://play.napster.com/album/alb.7971737939358190?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001034062 |
| 231 | Certified Trapper | Asain Food | https://play.napster.com/album/alb.8921738859433306?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001034064 |
| 232 | GIVEON | TWENTIES | https://play.napster.com/album/alb.3441738277704015?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR0001034700 |
| 233 | Miley Cyrus | Something Beautiful | https://play.napster.com/track/tra.821814898?ocode=social_user&pcode=social_user&cpath=Link&rsrc=track | SR0001037201 |
| 234 | LISA feat. Doja Cat & RAYE | Born Again | https://web.napster.com/album/alb.8731738653850021 | SR0001037334 |
| 235 | Tate McRae X Khalid | working | https://play.napster.com/album/alb.590399110?ocode=social_user&pcode=social_user&cpath=Link&rsrc=album | SR000905873 |
| 236 | Meghan Trainor | Whoops | https://web.napster.com/video/666377b83fa414741c702932?player=fullscreen | PA0002492389 |
| 237 | Maren Morris | Dancing with Myself | https://web.napster.com/video/65cd547fcd4ea1f1ed2e9c22?player=fullscreen | PA0002472081 |
| 238 | JENNIE | ZEN | https://web.napster.com/video/67cb4eb4d5606a3f7bfdebd9?player=fullscreen | PA0002540381 |
| 239 | Miley Cyrus | Used To Be Young | https://web.napster.com/video/64e842406142f3f8af02c2eb?player=fullscreen | PA0002433378 |
| 240 | Hozier | Too Sweet | https://web.napster.com/video/663d5076343b3c4f9eb00bdf?player=fullscreen | PA0002483256 |