UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONY MUSIC ENTERTAINMENT;
ORCHARD ENTERPRISES NY, INC.;
FOUNDATION MEDIA, LLC; SONY
MUSIC ENTERTAINMENT BRASIL
LTDA,,

              Plaintiffs,

-against-

RHAPSODY   INTERNATIONAL   INC.;
NAPSTER  DO  BRASIL  LICENCIAMNTO
DE     MUSICA     LTDA,     INFINITE
REALITY, INC., DOES 1-10,

              Defendants.

No. 25-CV-6352 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The parties are informed that the law firm in which my husband was a partner until December 31, 2016, Cahill Gordon & Reindel LLP, from time to time represented Sony Music Entertainment and/or its affiliates and he worked on those matters. The firm has not represented Sony for more than a decade, and my husband is no longer a partner, although he is Senior Counsel.

**SO ORDERED.**

Dated:   August 11, 2025
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge