UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT; ORCHARD ENTERPRISES NY, INC.; FOUNDATION MEDIA, LLC; SONY MUSIC ENTERTAINMENT BRASIL LTDA,<br><br>    Plaintiffs,<br>v.<br><br>RHAPSODY INTERNATIONAL INC.; NAPSTER DO BRASIL LICENCIAMNTO DE MUSICA LTDA, INFINITE REALITY, INC., DOES 1-10,<br><br>    Defendants. | Case No. 1:25-cv-06352<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

   I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the complaint in this action was filed on August 1, 2025; a copy of the summons and complaint was served on Defendant Rhapsody International Inc. (by personally serving its registered agent, Corporation Service Company) on August 14, 2025; a copy of the summons and complaint was served on Defendant Infinite Reality, Inc. (by personally serving its registered agent CSC Lawyers, Incorporating Service) on August 14, 2025; and proofs of service on Defendants Rhapsody International Inc. and Infinite Reality, Inc. were filed on August 20, 2025 (ECF Nos. 13, 14).  I further certify that the docket entries indicate that these Defendants have not filed an answer or otherwise responded to the complaint herein.  The default of Defendants Rhapsody International Inc. and Infinite Reality, Inc. is hereby certified.

New York, New York  
October  20 , 2025

**TAMMI M. HELLWIG**  
**Clerk of Court**

By: *K. Mango*

**Deputy Clerk**