UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONY MUSIC ENTERTAINMENT; ORCHARD
ENTERPRISES NY, INC.; FOUNDATION
MEDIA, LLC; SONY MUSIC
ENTERTAINMENT BRASIL LTDA,

      Plaintiffs,

v.

RHAPSODY INTERNATIONAL INC.;
NAPSTER DO BRASIL LICENCIAMNTO DE
MUSICA LTDA, INFINITE REALITY,
INC., DOES 1-10,

      Defendants.

Case No. 1:25-cv-06352

**FINAL DEFAULT JUDGMENT**

LORETTA A. PRESKA, Senior United States District Judge:

This matter comes before the Court by proposed order to show cause filed by Plaintiffs Sony Music Entertainment, Orchard Enterprises NY, Inc., Foundation Media, LLC, and Sony Music Entertainment Brasil Ltda, who have moved this Court for an order granting default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2, against Defendants Rhapsody International Inc. and Infinite Reality, Inc. (together, "Defaulting Defendants").

For the reasons stated at the January 14, 2026 conference, and having considered the Declaration of Jonathan M. Sperling, dated December 24, 2025 and the exhibits thereto, the Declaration of Erin Van Arsdale, dated December 15, 2025 and the exhibit

thereto, Plaintiffs' accompanying Memorandum of Law, dated December 24, 2025, Defaulting Defendants' Cross-Motion to Vacate the Clerk's Certificate of Default and accompanying Memorandum of Law, dated January 9, 2026, the Declaration of Maurice D. Pessah, dated January 9, 2026, the Declaration of John Acunto, dated January 9, 2026, Plaintiffs' Reply in Support of Default Judgment, dated January 12, 2026, and the Declaration of Sara J. Dennis, dated January 12, 2026 and the exhibits thereto, and upon all papers filed and proceedings held herein, it is HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    It is ORDERED, ADJUDGED AND DECREED that default judgment is granted in favor of Plaintiffs pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2.

2.    It is FURTHER ORDERED, ADJUDGED AND DECREED that default judgment shall be entered and award (i) actual damages of $9,226,206 against Defendant Rhapsody International Inc. for its breaches of contract, and (ii) statutory damages against Defaulting Defendants (i.e., Defendants Rhapsody International Inc. and Infinite Reality, Inc.), jointly and severally, for their willful infringement of Plaintiffs' copyrights in the amount of $50,000 per work pursuant to 17 U.S.C. § 504(c) for each of the 240 works set forth in Exhibit A to the Complaint, for a total of $12 million.

3.  It is FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants and their respective officers, agents, servants, employees, successors and assigns and all persons acting in concert with or under the direction of Defaulting Defendants (regardless of whether located in the United States or abroad), are permanently enjoined and restrained from infringing Plaintiffs' copyrights.

4.  It is FURTHER ORDERED, ADJUDGED AND DECREED that any failure by Defaulting Defendants to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizures of property.

5.  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

Dated: New York, New York
      February 9, 2026

_____
Loretta A. Preska
Senior United States District Judge

3